

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00310-CV

**SHOPOFF ADVISORS, L.P.**,
Appellant

v.

**ATRIUM CIRCLE, GP**; Atrium Winn, LLC; Atrium Kavoian, LLC; Copperfield Square;
Copperfield Winn, LLC; Copperfield Kavoian, LLC; Imperial Airport; Imperial Winn, LLC;
Imperial Kavoian, LLC; Crystal Springs Partners, LLC; Commerce Office Park – One LP;
and Universal Square, LP;
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00676
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's order is AFFIRMED.

It is ORDERED that Appellees Atrium Circle, GP; Atrium Winn, LLC; Atrium Kavoian, LLC; Copperfield Square; Copperfield Winn, LLC; Copperfield Kavoian, LLC; Imperial Airport; Imperial Winn, LLC; Imperial Kavoian, LLC; Crystal Springs Partners, LLC; Commerce Office Park – One LP; and Universal Square, LP recover their costs of appeal from Appellant Shopoff Advisors, L.P.

SIGNED June 30, 2021.

_____
Irene Rios, Justice